**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| In re: STINSON, INC. | § § § § | Case No. 2:10-74891 BTB |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    James F. Dowden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,770,763.47 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $384,162.95 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $259,918.44 | | |

    3) Total gross receipts of $644,081.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $644,081.39 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,913.41 | $30,913.41 | $30,913.41 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $259,918.44 | $259,918.44 | $259,918.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,347.57 | $6,347.57 | $6,347.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $242,033.74 | $703,098.08 | $572,561.36 | $346,901.97 |
| **TOTAL DISBURSEMENTS** | $242,033.74 | $1,000,277.50 | $869,740.78 | $644,081.39 |

4) This case was originally filed under chapter 7 on 09/16/2010, and it was converted to chapter 7 on 08/07/2014. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2019      By: /s/ James F. Dowden
                           Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property Tax Credit | 1290-000 | $1,512.89 |
| 333 Colonial, Vacaville, CA | 1210-000 | $52,765.70 |
| Marina & Boat Storage Property | 1210-000 | $246,250.00 |
| 4460 Tolenas Rd. Property | 1210-000 | $145,000.01 |
| Sunset Ave Property | 1290-000 | $58,500.00 |
| North Main Street Property | 1210-000 | $15,500.00 |
| 4450 Tolenas Rd. Property | 1210-000 | $61,330.59 |
| 507 Silver Dr., Vacaville, CA | 1210-000 | $63,222.20 |
| **TOTAL GROSS RECEIPTS** | | **$644,081.39** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jill Jacoway, Trustee | 4110-000 | NA | $17,416.88 | $17,416.88 | $17,416.88 |
| | Jill Jacoway, Trustee | 4110-000 | NA | $13,496.53 | $13,496.53 | $13,496.53 |
| | **TOTAL SECURED** | | **$0.00** | **$30,913.41** | **$30,913.41** | **$30,913.41** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JAMES F. DOWDEN | 2100-000 | NA | $35,454.07 | $35,454.07 | $35,454.07 |
| Trustee, Expenses - JAMES F. DOWDEN | 2200-000 | NA | $513.19 | $513.19 | $513.19 |
| Attorney for Trustee Fees - JAMES F. DOWDEN, P.A. | 3110-000 | NA | $101,223.00 | $101,223.00 | $101,223.00 |
| Attorney for Trustee, Expenses - JAMES F. DOWDEN, P.A. | 3120-000 | NA | $4,299.68 | $4,299.68 | $4,299.68 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $2,925.00 | $2,925.00 | $2,925.00 |
| Bond Payments - BOND | 2300-000 | NA | $136.49 | $136.49 | $136.49 |
| Bond Payments - JAMES F. DOWDEN, P.A. | 2300-000 | NA | $334.32 | $334.32 | $334.32 |
| Costs re Sale of Property - First American Title Co. | 2500-000 | NA | $177.75 | $177.75 | $177.75 |
| Costs re Sale of Property - Jill Jacoway, Trustee | 2500-000 | NA | $275.95 | $275.95 | $275.95 |
| Costs re Sale of Property - Lawyers Title Co. | 2500-000 | NA | $234.35 | $234.35 | $234.35 |
| Costs re Sale of Property - Waco Title | 2500-000 | NA | $441.09 | $441.09 | $441.09 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $10,972.01 | $10,972.01 | $10,972.01 |
| Other State or Local Taxes (post-petition) - First American Title Co. | 2820-000 | NA | $7,512.40 | $7,512.40 | $7,512.40 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Other State or Local Taxes (post-petition) - Jill Jacoway, Trustee | 2820-000 | NA | $22,866.61 | $22,866.61 | $22,866.61 |
| Other State or Local Taxes (post-petition) - Lawyers Title Co. | 2820-000 | NA | $9,177.74 | $9,177.74 | $9,177.74 |
| Other State or Local Taxes (post-petition) - State of California Franchise Tax Board | 2820-000 | NA | $5,600.00 | $5,600.00 | $5,600.00 |
| Other State or Local Taxes (post-petition) - Waco Title | 2820-000 | NA | $242.82 | $242.82 | $242.82 |
| Other Chapter 7 Administrative Expenses - Jill Jacoway, Trustee for Robert & Julia Griffin | 2990-000 | NA | $21,531.98 | $21,531.98 | $21,531.98 |
| Accountant for Trustee Fees (Other Firm) - M. JOHN BORCHERT JR. CPA | 3410-000 | NA | $3,550.00 | $3,550.00 | $3,550.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Realtor for Trustee Fees (Real Estate Commissions) - First American Title Co. | 3510-000 | NA | $7,250.00 | $7,250.00 | $7,250.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Jill Jacoway, Trustee | 3510-000 | NA | $21,124.99 | $21,124.99 | $21,124.99 |
| Realtor for Trustee Fees (Real Estate Commissions) - Lawyers Title Co. | 3510-000 | NA | $2,925.00 | $2,925.00 | $2,925.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $259,918.44 | $259,918.44 | $259,918.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jill Jacoway, Trustee | 5800-000 | NA | $2,023.00 | $2,023.00 | $2,023.00 |
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $14.57 | $14.57 | $14.57 |
| 4-2P | Franchise Tax Board | 5800-000 | $0.00 | $4,310.00 | $4,310.00 | $4,310.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $6,347.57 | $6,347.57 | $6,347.57 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $890.00 | $890.00 | $0.00 |
| 2 | Arvest Bank | 7100-000 | $0.00 | $700,253.52 | $569,716.80 | $346,480.94 |
| 4-2U | Franchise Tax Board | 7100-000 | $0.00 | $692.30 | $692.30 | $421.03 |
| 4-2U2 | FRANCHISE TAX BOARD | 7300-000 | $0.00 | $1,262.26 | $1,262.26 | $0.00 |
| N/F | null | 7100-000 | $11,550.00 | NA | NA | NA |
| N/F | null | 7100-000 | $33,217.74 | NA | NA | NA |
| N/F | 0 L , Inc. | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Coast Properties, LLC | 7100-000 | $117,500.00 | NA | NA | NA |
| N/F | Inter-Company Loans | 7100-000 | $34,766.00 | NA | NA | NA |
| N/F | J & R Development, LLC | 7100-000 | $35,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$242,033.74** | **$703,098.08** | **$572,561.36** | **$346,901.97** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 2:10-74891 BTB | Trustee Name: | (250151) James F. Dowden |
| Case Name: | STINSON, INC. | Date Filed (f) or Converted (c): | 08/07/2014 (c) |
| | | § 341(a) Meeting Date: | 09/29/2014 |
| For Period Ending: | 01/28/2019 | Claims Bar Date: | 04/23/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Marina & Boat Storage Property (u)<br>13.1 and 1.9 acres located in Suisun City, CA for residential and multi-family development.  Stinson entitled to 25% from Griffin/Stinson Agreement per Order 6/27/16 Doc. #440. | 9,500,000.00 | 9,500,000.00 | | 246,250.00 | FA |
| 2 | Sunset Ave Property (u)<br>3.8 Acres zoned for commerical development in Suisun City, CA | 500,000.00 | 500,000.00 | | 58,500.00 | FA |
| 3 | Greenwood Property<br>170 acres of raw land for residential subdivions development.  See Motion for Compromise Settlement filed 6/6/16 Doc. #435 regarding this property.  Property cannot be identified.  Motion granted by Order 6/27/16 Doc. #440. | 685,000.00 | 685,000.00 | | 0.00 | FA |
| 4 | North Main Street Property (u)<br>36.5 acres of raw land for residential subdivision development. All but 5 acres of this property was turned over to Arvest Bank per Griffin Case No. 2:10-bk-73471 Doc.. #213 filed 10/17/11.  1 acre belonging to Berg. 3.9 acres sold per Report of Sale Doc. #489. | 380,000.00 | 380,000.00 | | 15,500.00 | FA |
| 5 | Checking account balance (u) | 991.47 | 991.47 | | 0.00 | FA |
| 6 | A/R Silver Leaf East, LLC (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 7 | A/R Sabram Estates West, LLC (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 1,751,351.00 | 1,751,351.00 | | 0.00 | FA |
| 8 | Inter-Company Receivables (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 326,224.00 | 326,224.00 | | 0.00 | FA |
| 9 | Note Receivable - Installment Sale (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 440,000.00 | 440,000.00 | | 0.00 | FA |
| 10 | Note Receivable from Coast Properties (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 23,500.00 | 23,500.00 | | 0.00 | FA |
| 11 | Note Recevable from Griffin California (u)<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 41,216.00 | 41,216.00 | | 0.00 | FA |
| 12 | Note Receivable from Stone Meadows South<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 320,000.00 | 320,000.00 | | 0.00 | FA |
| 13 | Note Receivable from Whispering Bay Marina<br>Due to Age and Incomplete Company Records this receivable is not collectible. | 32,481.00 | 32,481.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:10-74891 BTB  
**Case Name:** STINSON, INC.  
**For Period Ending:** 01/28/2019

**Trustee Name:** (250151) James F. Dowden  
**Date Filed (f) or Converted (c):** 08/07/2014 (c)  
**§ 341(a) Meeting Date:** 09/29/2014  
**Claims Bar Date:** 04/23/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 4460 Tolenas Rd. Property (u)<br>Griffin Property - Stinson entitled to 25% of sale proceeds per Order 6/27/16 Doc. #440 | 580,000.00 | 580,000.00 | | 145,000.01 | FA |
| 15 | 4450 Tolenas Rd. Property (u)<br>Griffin Property - Stinson entitled to 25% of sale proceeds per Order 6/27/16 Doc. #440 | 56,195.14 | 56,195.14 | | 61,330.59 | FA |
| 16 | Property Tax Credit (u) | 1,512.89 | 1,512.89 | | 1,512.89 | FA |
| 17 | 507 Silver Dr., Vacaville, CA (u)<br>Griffin Property - Stinson entitled to 25% of sale proceeds per Order 6/27/16 Doc. #440 | 252,000.00 | 252,000.00 | | 63,222.20 | FA |
| 18 | 333 Colonial, Vacaville, CA (u)<br>Griffin property - Stinson entitled to 25% of sale proceeds per Order 6/27/16 Doc. #440 | 210,000.00 | 210,000.00 | | 52,765.70 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$15,250,471.50** | **$15,250,471.50** | | **$644,081.39** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 2:10-74891 BTB | **Trustee Name:** (250151) James F. Dowden |
| **Case Name:** STINSON, INC. | **Date Filed (f) or Converted (c):** 08/07/2014 (c) |
| | **§ 341(a) Meeting Date:** 09/29/2014 |
| **For Period Ending:** 01/28/2019 | **Claims Bar Date:** 04/23/2015 |

**Major Activities Affecting Case Closing:**

    TDR when gov. shutdown ends.

01/01/19  Ready for TDR.  No TDR's to be submitted per UST due to Gov. Shutdown.
08/01/18  Contracted CA Franchise Tax Board re: Check not cleared.  Has been received and posted.  Should clear within next 2 weeks.
07/23/18  Claims final review.
06/11/18  Received call from Rita Galvan, IRS.  Notices have been approved in uncollectible status.  Written confirmation to be received by June 21, 2018.
06/11/18  Call to Kay Bishop, IRS.  Request has been made to put notices in uncollectible status.  Not approved at this time.
05/25/18  US Attorney Stacey McCord has offered to help with IRS.  All info on issues emailed to her.
05/23/18  Cal to IRS BR Manager in Philadelphia to try to resolve IRS issues.  Left VM.
05/22/18  Call to IRS rep on unpaid tax notices.  Left VM.  No return calls to date.
05/21/18  Call to IRS rep on unpaid tax notices.  Left VM.
05/16/18  Call to IRS rep Rita Galvan to try to clear up unpaid tax notices.  Left VM.
04/16/18  Amended POC filed by IRS.  Email to CPA on trying resolving unpaid tax notices from IRS.
04/13/18  Call from IRS.  They are amending claim.  Only interest & penalties are owed after 2010 return was filed.  Should be amended today.
04/12/18  Following up on 3 calls to IRS to determine viability of claim.  Referred to 4 different people so far.  Pending information.
03/20/18  Determined that all accounts receivables are not collectible.
03/20/18  Email to Jackie Hill and Rusty Welch regarding remaining assets and their knowledge of those assets to determine if they are collectible.
03/19/18  CPA working with IRS to abate penalties they are trying to apply.
03/19/18  Tax returns rec'd & mailed.  $800 due to CA Franchise Tax Board.
01/19/18  Information to CPA for 2017 return.
10/16/17  Report of Sale filed.
10/06/17  Closing on sale of 3.9 acres, Greenwood, AR.
07/05/17  2016 Tax retimrs rec'd and mailed.  $800 due to CA Franchise Tax Board.  No other taxes due.
05/18/17  Rec'd 25% proceeds from Jill Jacoway - sales of 333 Colonial and 507 Silver Dr.
03/14/17  Rec'd 25% proceeds from sale of 4450 Tolenas property per settlement (Doc. 1275)
01/25/17  Motion to Sale 131 Sunset filed.
12/31/16  Negotiating on sale of 131 Sunset property.
10/14/16  Doc 63 - AP Dismissed
09/15/16  Rec'd 25% proceeds from sale of 4460 Tolenas property per settlement (Doc. 1275)
08/26/16  Filed MTD Ap vs. Melody Griffin.
07/06/16 Rec'd first settlement check from sale of landlocked Suisin City property.
06/27/16 Order (Doc 1275) entered on settlement between Griffin Trustee and Stinson Trustee.  JFD to receive 25% from sale of properties listed in Order.
12/31/15 Pursuing AP on fraudulent transfer of property.   Dozens of pleadings in related Griffin case.  Lots of possible real estate deals.  Trustee going in the hole on fees and expenses keeping up with this.  Possible settlement with Jill Jacoway.
06/30/2015  AP filed against Melody Griffin on 3 CA properties.
04/10/2015 Order entered to hire Genovese as Realtor.
01/15/2015 Order entered Confirming Election of JFD as Trustee.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 09/05/2018 | **Current Projected Date Of Final Report (TFR):** 09/05/2018 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/07/16 | | Jill Jacoway, Trustee | 25% from sale of 1.9 acre landlocked property in Suisun City per Order 6/27/16 Doc. #440 | | 13,297.22 | | 13,297.22 |
| | {1} | | 25% of sale from 1.9 acre landlocked Suisun City Property per Doc. 1275  $15,000.00 | 1210-000 | | | 13,297.22 |
| | | | Nathan Genovese Realtor Commission 25%  -$750.00 | 3510-000 | | | 13,297.22 |
| | | | First American Title 25% of Closing Costs  -$29.00 | 2500-000 | | | 13,297.22 |
| | | | Solano County Tax Collector 25% real estate taxes  -$923.78 | 2820-000 | | | 13,297.22 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 13,283.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 13,262.93 |
| 09/15/16 | | First American Title Co. | 25% of sale of 4460 Tolenas Rd. Property per Order 6/27/16 Doc. #440 | | 130,059.86 | | 143,322.79 |
| | {14} | | 25% of Sale by Agreement with Jill Jacoway Order Doc # 1275  $145,000.01 | 1210-000 | | | 143,322.79 |
| | | | 25% share of county taxes  -$2,683.90 | 2820-000 | | | 143,322.79 |
| | | | 25% share of closing & recording costs  -$177.75 | 2500-000 | | | 143,322.79 |
| | | | 25% of Realtor Commissions  -$7,250.00 | 3510-000 | | | 143,322.79 |
| | | | State Withholding - Franchise Tax Board  -$4,828.50 | 2820-000 | | | 143,322.79 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.08 | 143,216.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.58 | 143,018.13 |
| 11/16/16 | 101 | JAMES F. DOWDEN, P.A. | Attorney for Trustee Fees & Expenses Per Doc #453 dated 11/16/16 | | | 81,763.26 | 61,254.87 |
| | | | | 3110-000 | | | 61,254.87 |

Page Subtotals: $143,357.08 $82,102.21

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $78,933.00 | | | | |
| | | | $2,830.26 | 3120-000 | | | 61,254.87 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.01 | 61,086.86 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.62 | 60,999.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.57 | 60,905.67 |
| 02/23/17 | 102 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/23/2017 FOR CASE #2:10-74891, IBG | 2300-000 | | 16.76 | 60,888.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.76 | 60,807.15 |
| 03/15/17 | | Jill Jacoway, Trustee | 25% sale proceeds from 4450 Tolenas, Fairfield, CA Order 6/27/16 Doc. #440 | | 56,195.14 | | 117,002.29 |
| | {15} | | $61,330.59 | 1210-000 | | | 117,002.29 |
| | | | 25% Remax/Full Spectrum -$650.00 | 3510-000 | | | 117,002.29 |
| | | | 25% Kappell Gateway-Coldwell Banker -$868.75 | 3510-000 | | | 117,002.29 |
| | | | 25% Epic Realty -$1,518.75 | 3510-000 | | | 117,002.29 |
| | | | 25% Franchise Tax Board -$2,023.00 | 5800-000 | | | 117,002.29 |
| | | | 25% Lawyers Title Co. - Closing Costs -$74.95 | 2500-000 | | | 117,002.29 |
| 03/28/17 | | Lawyers Title Co. | Sale Proceeds 131 Sunset per Order 2/21/17 Doc. #464 Report of Sale 3/29/17 Doc. #471 | | 47,675.80 | | 164,678.09 |
| | {2} | | $58,500.00 | 1110-000 | | | 164,678.09 |
| | {16} | | County Taxes $1,512.89 | 1290-000 | | | 164,678.09 |
| | | | Remax Full Spectrum -$1,462.50 | 3510-000 | | | 164,678.09 |
| | | | Page Subtotals: | | $103,870.94 | $447.72 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Century 21 -$1,462.50 | 3510-000 | | | 164,678.09 |
| | | | Central Signing Service - Title -$125.00 | 2500-000 | | | 164,678.09 |
| | | | Lawyers Title Co. -$109.35 | 2500-000 | | | 164,678.09 |
| | | | Solano County Tax Property Tax -$5,895.58 | 2820-000 | | | 164,678.09 |
| | | | Solano County Tax - Delinquent Taxes -$3,282.16 | 2820-000 | | | 164,678.09 |
| 03/29/17 | 103 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/29/2017 FOR CASE #2:10-74891, International Sureties, LTD | 2300-000 | | 19.06 | 164,659.03 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.36 | 164,523.67 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.86 | 164,302.81 |
| 05/19/17 | | Jill Jacoway, Trustee | 25% sale proceeds from 333 Colonial per Order 6/27/16 Doc. #440 | | 34,810.42 | | 199,113.23 |
| | {18} | | 25% sale proceeds $52,765.70 | 1210-000 | | | 199,113.23 |
| | | | 25% of Commission to Coldwell Banker Kappel Gateway -$787.50 | 3510-000 | | | 199,113.23 |
| | | | 25% of Commission to Premier Realty Associates -$1,312.50 | 3510-000 | | | 199,113.23 |
| | | | 25% Commission to Coldwell Banker -$525.00 | 3510-000 | | | 199,113.23 |
| | | | 25% of Payoff to State Farm Bank -$13,496.53 | 4110-000 | | | 199,113.23 |
| | | | 25% of closing costs to First American Title -$26.25 | 2500-000 | | | 199,113.23 |
| | | | 25% County Documentary Transfer Tax -$57.75 | 2820-000 | | | 199,113.23 |
| | | | 25% California Franchise Tax Board Withholding | 2820-000 | | | 199,113.23 |
| | | | Page Subtotals: | | $34,810.42 | $375.28 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                            ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
| --- | --- | --- | --- |
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | -$1,749.75 | | | | |
| 05/19/17 | | Jill Jacoway, Trustee | 25% sale proceeds from 507 Silver Drive per Order 6/27/16 Doc. #440 | | 40,476.02 | | 239,589.25 |
| | {17} | | 25% sale proceeds $63,222.20 | 1210-000 | | | 239,589.25 |
| | | | 25% of Commission to Remax Full Spectrum -$630.00 | 3510-000 | | | 239,589.25 |
| | | | 25% of Commission to Kendrick Realty -$1,575.00 | 3510-000 | | | 239,589.25 |
| | | | 25% of Commission to Coldwell Banker Kappel Gateway -$945.00 | 3510-000 | | | 239,589.25 |
| | | | 25% of closing costs Lawyers Title Co. -$12.00 | 2500-000 | | | 239,589.25 |
| | | | 25% of Solano County Transfer Tax -$69.30 | 2820-000 | | | 239,589.25 |
| | | | 25% of Mortgage Loan to State Farm Bank -$17,416.88 | 4110-000 | | | 239,589.25 |
| | | | 25% of California Franchise Tax Board Withholding -$2,098.00 | 2820-000 | | | 239,589.25 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 292.44 | 239,296.81 |
| 06/12/17 | | Jill Jacoway, Trustee | 25% sale proceeds from Suisun Marina Properties per Order 6/27/16 Doc. #440 | | 201,585.73 | | 440,882.54 |
| | {1} | | 25% sale proceeds from 507 Silver Drive per Doc #1275; Griffin 10-73471 Report of Sale Doc. #1517 $231,250.00 | 1210-000 | | | 440,882.54 |
| | | | 25% of Commission to Remax Full Spectrum -$2,671.87 | 3510-000 | | | 440,882.54 |
| | | | 25% of Commission to Coldwell Banker Kappel Gateway -$5,781.24 | 3510-000 | | | 440,882.54 |
| | | | Page Subtotals: | | $242,061.75 | $292.44 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
| --- | --- | --- | --- |
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 25% of Deed recording fees (3 Deeds) -$133.75 | 2500-000 | | | 440,882.54 |
| | | | 25% of Solano Co. Property Taxes -$10,267.41 | 2820-000 | | | 440,882.54 |
| | | | 25% Commission to Coldwell Banker Kapel - Listing Agent -$3,109.38 | 3510-000 | | | 440,882.54 |
| | | | 25% Franchise Tax Board -$7,700.62 | 2820-000 | | | 440,882.54 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 508.49 | 440,374.05 |
| 07/05/17 | 104 | Franchise Tax Board | 2016 California Franchise Tax Due | 2820-000 | | 800.00 | 439,574.05 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 611.83 | 438,962.22 |
| 08/09/17 | 105 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/09/2017 FOR CASE #2:10-74891 | 2300-000 | | 136.18 | 438,826.04 |
| 08/28/17 | 106 | M. JOHN BORCHERT JR. CPA | Accountant for Trustee Fee per Order 8/28/17 Doc. #485 | 3410-000 | | 1,925.00 | 436,901.04 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 694.48 | 436,206.56 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 606.50 | 435,600.06 |
| 10/12/17 | | Waco Title | Proceeds from sale of 3.9 Acres - Sebastian County Order 9/21/17 Doc. #487; Report of Sale 10/16/17 Doc. #489 | | 14,816.09 | | 450,416.15 |
| | {4} | | $15,500.00 | 1210-000 | | | 450,416.15 |
| | | | Closing Costs -$441.09 | 2500-000 | | | 450,416.15 |
| | | | Taxes -$242.82 | 2820-000 | | | 450,416.15 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 681.10 | 449,735.05 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 646.87 | 449,088.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 624.41 | 448,463.77 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 709.55 | 447,754.22 |
| | | | Page Subtotals | | $14,816.09 | $7,944.41 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
| --- | --- | --- | --- |
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/18 | 107 | JAMES F. DOWDEN, P.A. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2018 FOR CASE #2:10-74891 | 2300-000 | | 162.32 | 447,591.90 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 601.09 | 446,990.81 |
| 03/15/18 | 108 | State of California Franchise Tax Board | 2017 California Franchise Tax per Tax Return | 2820-000 | | 800.00 | 446,190.81 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 642.85 | 445,547.96 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 619.49 | 444,928.47 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 704.01 | 444,224.46 |
| 06/15/18 | 109 | State of California Franchise Tax Board | Additional Balance Due to FTB for 2017 ID 2720501 Voided on 06/18/2018 | 2820-000 | | 29.28 | 444,195.18 |
| 06/18/18 | 109 | State of California Franchise Tax Board | Additional Balance Due to FTB for 2017 ID 2720501 Voided on 06/18/2018 | 2820-000 | | -29.28 | 444,224.46 |
| 06/18/18 | 110 | State of California Franchise Tax Board | Payment in Fulll of all current and past taxes due to the California Franchise Tax Board | 2820-000 | | 4,800.00 | 439,424.46 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 617.65 | 438,806.81 |
| 07/17/18 | 111 | M John Borchert Jr | CPA Fees Per Order 7/10/18 Doc. 493 | 3410-000 | | 1,625.00 | 437,181.81 |
| 07/17/18 | 112 | JAMES F. DOWDEN | Attorney for Trustee Fees & Expenses Per Order 7/17/18 Doc. 496 | | | 23,759.42 | 413,422.39 |
| | | | Attorney for Trustee Fees Order 7/17/18 Doc. 496 $22,290.00 | 3110-000 | | | 413,422.39 |
| | | | Attorney for Trustee Expenses Order 7/17/18 Doc. 496 $1,469.42 | 3120-000 | | | 413,422.39 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 664.85 | 412,757.54 |
| 08/13/18 | 113 | James F. Dowden, PA | Bond 016070909 International Sureties, LTD | 2300-000 | | 136.49 | 412,621.05 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 620.27 | 412,000.78 |
| 10/09/18 | 114 | CLERK, US BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # CLERK; Filed: $350.00 | 2700-000 | | 350.00 | 411,650.78 |
| 10/09/18 | 115 | JAMES F. DOWDEN | Combined trustee compensation & expense dividend payments. | | | 35,967.26 | 375,683.52 |
| | | | Page Subtotals: | | $0.00 | $72,070.70 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 2:10-74891 BTB | Trustee Name: | James F. Dowden (250151) |
|---|---|---|---|
| Case Name: | STINSON, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1364 | Account #: | ******0866 Checking Account |
| For Period Ending: | 01/28/2019 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 09-10-2018  $35,454.07 | 2100-000 | | | 375,683.52 |
| | | | Claims Distribution - Mon, 09-10-2018  $513.19 | 2200-000 | | | 375,683.52 |
| 10/09/18 | 116 | U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $2,925.00; Claim # 3; Filed: $2,925.00 Stopped on 12/11/2018 | 2950-000 | | 2,925.00 | 372,758.52 |
| 10/09/18 | 117 | Jill Jacoway, Trustee for Robert & Julia Griffin | Distribution payment - Dividend paid at 100.00% of $21,531.98; Claim # 5; Filed: $21,531.98 | 2990-000 | | 21,531.98 | 351,226.54 |
| 10/09/18 | 118 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $14.57; Claim # 1P; Filed: $14.57 | 5800-000 | | 14.57 | 351,211.97 |
| 10/09/18 | 119 | Franchise Tax Board | Combined dividend payments for Claim #4-2P, 4-2U | | | 4,731.03 | 346,480.94 |
| | | | Claims Distribution - Mon, 09-10-2018  $4,310.00 | 5800-000 | | | 346,480.94 |
| | | | Claims Distribution - Mon, 09-10-2018  $421.03 | 7100-000 | | | 346,480.94 |
| 10/09/18 | 120 | Arvest Bank | Distribution payment - Dividend paid at 60.82% of $569,716.80; Claim # 2; Filed: $700,253.52 | 7100-000 | | 346,480.94 | 0.00 |
| 12/11/18 | 116 | U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $2,925.00; Claim # 3; Filed: $2,925.00 Stopped on 12/11/2018 | 2950-000 | | -2,925.00 | 2,925.00 |
| 12/12/18 | 121 | U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $2,925.00; Claim # 3; Filed: $2,925.00 | 2950-000 | | 2,925.00 | 0.00 |
| | | | COLUMN TOTALS | | 538,916.28 | 538,916.28 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 538,916.28 | 538,916.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $538,916.28 | $538,916.28 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 8

| | |
|---|---|
| **Case No.:** | 2:10-74891 BTB |
| **Case Name:** | STINSON, INC. |
| **Taxpayer ID #:** | **-***1364 |
| **For Period Ending:** | 01/28/2019 |

| | |
|---|---|
| **Trustee Name:** | James F. Dowden (250151) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0866 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0866 Checking Account | $538,916.28 | $538,916.28 | $0.00 |
| | **$538,916.28** | **$538,916.28** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)